**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

                Plaintiff(s),

v.

U.S. CURRENCY $535,746.24,

                Defendant(s).

2:21-cv-00950-GMN-VCF

**ORDER**

      Before the Court is *Las Vegas Metropolitan Police Department v. U.S. Currency $535,746.24*, case number 2:21-cv-00950-GMN-VCF.

      Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court.

      Here, Steven C. Gazlay has not complied with 28 U.S.C. § 1914(a). The filing fee has not been paid. Gazlay must pay the full filing fee to commence an action in this matter or file an application to proceed in forma pauperis.

      Accordingly,

      IT IS HEREBY ORDERED that Steven C. Gazlay has until February 22, 2022, to pay the filing fee or file an application to proceed in forma pauperis. Failure to comply with this order may result in dismissal of this case.

**NOTICE**

      Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections

within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, Steven C. Gazlay must immediately file written notification with the court of any change of address.  The notification must include proof of service upon each opposing party of the party's attorney.  **Failure to comply with this Rule may result in dismissal of the action**.  *See* LSR 2-2.

DATED this 19th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE