UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Las Vegas Metropolitan Police Department,<br><br>                Plaintiff,<br>   vs.<br><br>US CURRENCY $535,746.24,<br><br>                Defendant. | Case No.: 2:21-cv-00950-GMN-VCF<br><br>**ORDER** |

       Pending before the Court is the Report and Recommendation, (ECF No. 21), of United States Magistrate Judge Cam Ferenbach, which states that Plaintiff Las Vegas Metropolitan Police Department's Motion to Remand, (ECF No. 6), should be granted.

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

       Here, no objections were filed, and the deadline to do so has passed. (See Min. Order, ECF No. 21) (setting a February 23, 2022, deadline for objections).

//

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 21), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Las Vegas Metropolitan Police Department's Motion to Remand, (ECF No. 6), is **GRANTED**.

**IT IS FURTHER ORDERED** that interested party Steven C. Gazlay's Motion to Set Aside Default and Default Judgment, (ECF No. 11), Motion for Evidentiary Hearing, (ECF No. 12), and Motion to Stay Execution, (ECF No. 13), are **DENIED as moot**.

The Clerk is instructed to close the case.

Dated this  24  day of February, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court